IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED
05 APR 22 PM 3: 2□

ROBERT R. DI ╌╌╌IO
CLERK, U.S. DI╌╌╌CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| DESIREE L. RAMSEY and JAMES F. RAMSEY ) ) ) | |
| Plaintiffs, ) ) | No. 04-2511-B/P |
| v. ) ) | |
| FORD MOTOR COMPANY ) ) | |
| Defendant. ) | |

## AMENDED SCHEDULING ORDER

The parties having come before this Court to amend the Scheduling Order, and good cause for an extension of the discovery period having been shown, the Scheduling Order is amended as follows:

**COMPLETING ALL DISCOVERY**:   June 18, 2005

    (a)   **DOCUMENT PRODUCTION**:   June 18, 2005

    (b)   **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**:   June 18, 2005

    (c)   **EXPERT WITNESS DISCLOSURE** (Rule 26):

        (1)   **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**:   July 18, 2005

        (2)   **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**:   August 20, 2005

        (3)   **EXPERT WITNESS DEPOSITIONS**:
            Plaintiff's Experts - August 20, 2005
            Defendant's Experts - September 18, 2005

**FILING DISPOSITIVE MOTIONS**:   October 18, 2005

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for a jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. The trial is expected to last 3 to 4 days.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation ~~after~~ on or before (TMP) the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

At this time, the parties have not given consideration to whether they wish to consent to trial before the magistrate judge. The parties will file a written consent form with the court should they decide to proceed before the magistrate judge.

This Order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*(signature)*
Tu M. Pham
United States Magistrate Judge

Date: 4/22/05

APPROVED FOR ENTRY:

*(signature)*
J. Randolph Bibb, Jr. (Tn. #09350)
Chad D. Graddy (#023196)
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 1900
Memphis, Tennessee 38103
Attorney for Defendants
901-577-8158

*(signature)*
David Wade (Tn. #4166)
Brian K. Kelsey (Tn. #22874)
Martin Tate Morrow & Marston
6410 Poplar Avenue, Suite 1000
Memphis, Tennessee 38119-4839
Attorneys for Plaintiffs
(Signed by Chad Graddy with express permission)

M CDG 869900 v1
2824771-000461  04/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02511 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Sandi L. Pack
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
Commerce Center
Suite 1000
211 Commerce St.
Nashville, TN 37201

Brian Kirk Kelsey
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT