UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 22  PM 2: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **DESIREE L. RAMSEY and**<br>**JAMES F. RAMSEY,** | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiffs,** | |
| v. | |
| **FORD MOTOR COMPANY,** | **CASE NO: 2:04cv2511-B** |
| **Defendant.** | |

**DECISION BY COURT.**   This action came to consideration before the Court.   The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**   that in accordance with the Stipulation Of Voluntary Dismissal With Prejudice entered on November 21, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

11/22/05
Date

THOMAS M. GOULD
_____
Clerk of Court

Earline Grayer
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-22-05

(22)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02511 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

John Randolph Bibb
BAKER DONELSON BEARMAN & CALDWELL
211 Commerce St.
Ste. 1000
Nashville, TN 37201

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Sandi L. Pack
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
Commerce Center
Suite 1000
211 Commerce St.
Nashville, TN 37201

Brian Kirk Kelsey
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT